IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50301
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

ROBERTO MORALES-LOPEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(EP-95-CR-607-ALL)
_____
October 21, 1996
Before KING, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Roberto Morales-Lopez appeals his sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. He argues, based on his interpretation of 8 U.S.C. § 1101(a)(43), that his prior conviction for burglary of a vehicle could not be considered an aggravated felony under 8 U.S.C. § 1326(b)(2) because this offense was not defined as an aggravated felony when committed, before the effective date of the 1990 amendments to the immigration laws. This issue is foreclosed by United States v. Garcia-Rico, 46 F.3d 8, 9-10 (5th Cir.), cert. denied, 115 S. Ct. 2596 (1995).

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.